UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

BLIMA ROSENBLUM, on behalf of herself and all others similarly situated,

          Plaintiffs,

-against-

WINDHAM PROFESSIONALS, INC.,

          Defendant.

Case No. 1:18-cv-00357-KAM-SJB

**NOTICE OF VOLUNTARY DISMISSAL**

IT IS HEREBY STIPULATED AND AGREED to by Plaintiff and Plaintiff's attorneys, that the above-entitled action against Defendant shall be and hereby is dismissed with prejudice, without costs, or disbursements, or attorneys' fees to any party.

Dated:    Brooklyn, New York
            May 16, 2018

Respectfully submitted,

By: /s/ Daniel C. Cohen
Daniel Cohen, Esq.
Daniel Cohen PLLC
300 Cadman Plaza W, 12th floor
Brooklyn, New York 11201
Phone: (646) 645-8482
Fax:   (347) 665-1545
Email: Dan@dccohen.com
*Attorneys for Plaintiff*

SO ORDERED: July 11, 2018